UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RANDY WASHINGTON,

        Defendant.

No. 11 Cr. 605 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at a conference on May 10, 2013, the parties shall appear for a status conference in this matter on May 31, 2013. The conference shall take place at 9:30 a.m. in Courtroom 905 at 40 Foley Square.

SO ORDERED.

Dated:    May 10, 2013
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE