UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RANDY WASHINGTON,

                Defendant.

USDNY DOCUMENT ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 7-1-13

No. 11 Cr. 605 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the conference in this matter held on June 28, 2013, IT IS HEREBY ORDERED THAT the parties shall comply with the following briefing schedule for Defendant's motion concerning his alleged lack of mental competence to enter into a plea agreement and/or stand trial: Defendant's motion shall be filed on or before August 9, 2013; the government's opposition shall be filed on or before August 23, 2013; and, Defendant's reply shall be filed on or before August 30, 2013. If appropriate, the Court will then schedule an evidentiary hearing or oral argument.

SO ORDERED.

Dated:     July 1, 2013
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE