USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

UNITED STATES OF AMERICA

- v. -

RANDY WASHINGTON,

                    Defendant.

------------------------------ x

**NOLLE PROSEQUI**

S3 11 Cr. 605 (RJS)

      1.      The filing of this *nolle prosequi* will dispose of Count Five of Superseding Indictment S3 11 Cr. 605 (RJS) (the "S3 Indictment") filed against defendant RANDY WASHINGTON.

      2.      On February 15, 2012, the S3 Indictment was filed, charging WASHINGTON in eight counts. On March 20, 2012, following a seven-day trial, a jury convicted WASHINGTON of all eight counts contained in the S3 Indictment.

      3.      Based on a review of the nature and circumstances of the offenses of conviction and the history and characteristics of the defendant, among other factors, the Government has concluded that imposing the 25-year consecutive mandatory minimum sentence associated with WASHINGTON's conviction on Count Five of the S3 Indictment, a second or subsequent violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2, would not be in the interests of justice.

4.  In light of the foregoing, we recommend that an order of *nolle prosequi* be filed as to defendant RANDY WASHINGTON with respect to Count Five of Superseding Indictment S3 11 Cr. 605 (RJS).

Christopher J. DiMase
Telemachus P. Kasulis
Assistant United States Attorneys
(212) 637-2433 / 2617

Dated: New York, New York
December 18, 2014

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant RANDY WASHINGTON with respect to Count Five of Superseding Indictment S3 11 Cr. 605 (RJS).

_____
PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
December 18, 2014

SO ORDERED:

_____
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York

Dated: New York, New York
December 18, 2014

3