UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RANDY WASHINGTON,

Defendant.

No. 11-cr-605 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of the attached letter from Defendant, which is postmarked March 17, 2020 but was received in chambers on April 6, 2020. Although Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is currently pending, it appears that this request is unrelated to that motion and seeks an early release or, in the alternative, a transfer to the Metropolitan Detention Center or Metropolitan Correction Center in New York City so that he can be near his family. IT IS HEREBY ORDERED that the government shall file its response no later than April 20, 2020.

SO ORDERED.

Dated:    April 8, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

From - Randy Washington - 65266-054

To - The Honorable - Richard J. Sullivan

First and Foremost I hope this letter reaches you in the best of health and spirits. This letter is from my heart to yours. I swear to God I hate jail and being in jail, but using this experience I have learned about life and myself. That about me has changed and like I told you before I am sorry for taking up your time, but I can honestly say I have learned a lot. One thing that I can accept is the things that I did wrong, but please let God be my witness he, Kith bent has lied on me to. I just wish that I could of have prove it to you because I am not that type of person he made me as. I know I have did things in the past but I never hurt, hit or did yadave. I have been put in Robberys that I did not do and that is the God Honest Truth. Please my Dog you have to believe me, that's on all 3 of my kids life. I am convicted for some things I did not do. I have been on the S.H.U. not for things I did not do but I had to be because people think I'm

real or soft and a lot because of a slogan I made up "Trump did what Obama did not do" I have bought a lot of trouble for me but it is the truth and I believe in it or it is what it is. I am black so I just don't understand how a spanish or black person will say I'm racist because I love Trump, he did a lot of good for the country way more then Obama and he is from New York, but I will admit it caused me a lot of trouble for what I believe. Mr. Sullivan I have been in jail almost 10 years already and I just want to be with my family again, I havent seen them in so long please Big Dog I want to be with and raise my kids, I want to go home and do the right thing my mother is on dialyiss her kidneys have failed, I want to give her 1 of mine and my grandmother is 94 years old, I don't know how long they will be around, Please Big Dog if you believe people can change, believe in me and take a chance with me, I promise I wont let you down, I don't want to hurt my family any more, the things that I been through has made me a better man, there are so much more that I want to say to you but words can't explain. you don't have

clue what you have teach me by keeping me in jail for almost 10 years you have to teach me many valuable lessons that if I had to pay you in money no money in the world can pay for what you teach me. Please Big Dog find it in your heart to give me another shot at life for a good reason because if it was the other way around I would of give it to you because I know in my heart people can change. Please Big Dog bring me home to M.D.C or M.C.C so I can see my family and can you send my regards to Mr. Dimbee the two prosecutors on my case they also had a positive impact on my life. Please bring me home I don't know how much time I have left with my mother and grandmother I beg you. Please Big Dog have Mercy on me.

Name: Randy Washington
Reg#: 65266-054
United States Penitentiary
P.O. Box 3900
Adelanto, CA 92301

"Hon" - Richard J. Sullivan
Daniel Patrick Moynihan "Courthouse"
500 Pearl Street
New York, N.Y 10007