UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RANDY WASHINGTON,

                Defendant.

No. 11-cr-605 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of an undated letter from Defendant Randy Washington that was docketed on May 8, 2020 and supplements his previously filed request for early release or transfer to a facility in New York City. (Doc. No. 166.) Because the letter (1) appears to have been written before the Court issued its April 30, 2020 order denying the request (Doc. No. 165), and (2) raises no new facts or arguments that alter the Court's analysis in any way, the Court will take no action with respect to Defendant's letter, other than to extend its sincere condolences to Mr. Washington and his family on the recent passing of his mother.

SO ORDERED.

Dated:      May 12, 2020
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation