UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RANDY WASHINGTON,<br><br>               Defendant. | No. 11-cr-605 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from Defendant, dated August 9, 2020 but not received in chambers until August 27, 2020, suggesting that he has exhausted his remedies as required to move for compassionate release under the First Step Act of 2018, 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 170.)  Defendant also states his belief that the First Step Act's provisions relating to mandatory minimum penalties pursuant to 21 U.S.C. § 851 are applicable to his compassionate release motion.  IT IS HEREBY ORDERED that the government shall file a response to Defendant's letter no later than September 4, 2020.

SO ORDERED.

Dated:      August 28, 2020
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation