UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RANDY WASHINGTON,

Defendant.

No. 11-cr-605 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached letter, which is undated but was received by the Court on October 22, 2020, from Defendant Randy Washington.  To the extent that the letter can be construed as setting forth supplemental arguments relating to Washington's 28 U.S.C. § 2255 petition, IT IS HEREBY ORDERED THAT the government shall respond to the letter by November 2, 2020.

SO ORDERED.

Dated:      October 26, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

The Honorable

S3, 11 cr. 605 (RJS)

First and Formost I send my regards to you and your Family. I hope all is well with you and your Family I pray. Mr. Sullivan on my mother and Both grandmother's grave Ima shot stright with you, Because I have changed and for the Better and I know IN my heart you understand, you are human Just like me. And I know you are Smart and can see Bullshit a mile away, You are From New York the Mecca of the world. I went to trail For 2 reasons. 1 in my head what Mr. Freeman was telling me at that time, I was going to get 40 to 50 years if I plea, Im not going to lie I aint no dummy But I have to admit Im Not the sharpest tool in the Draw But I have a heart of Gold. I want the Best for people and I love every species, Animal Bugs even a Roach I don't kill Nothing. I use to push Bugs and Roaches under the door of my house since my mother told me, 8 years old. I use to Hate when my Family use to step on them, "Hate it". And Second, Im not a angel But I Never sold guns or robed Nobody ever in my life, or Hit with a gun or took Somebody Property, Big Dog From

the Begining I know you felt some thing was funny with my case. When I was at Trail, And Me and Kirk Bent were in the Holding Cage you remember he said to me Im sorry it had to get to this and I am sorry I lied on you and to not worry that when he get home he was going to get me home that was the truth my lawer told you that day. Big Dog the procuators know he was lieing about some stuff they should of have punish him for it, and I can prove it I still have the paper work today. thats why 1 of the Robbies got throw out, I was saying it was a lie from the begining But Nobody would listen, Please Big Dog hear me out. The First Informant In my case Winston Regis said I went to A print shop And Rob it or Attepted to rob it we went to Mount Vernon me him and Kirk Bent in 2 Vehicles. and pointed me and Kirk Bent out in a picture. And Mega said I participated, And the procutor dismissed it. And you asked why And procutor said C-W-1 Do winston Regis Beleave I was Involved in the Robbery Because I give a gun For the Robbery. And then procutor said he later heard from Kirk bent Although I provided the gun I didnt know the Robbery was gonna happen, thats why they didnt go on with the case. And procutor said winston Regis 3500 material is consistent with Kirk Bent And procutor said they dont want to put winston Regis on the stand Because they are scard he is going to lie about himself on stand not about what happen, But Winston Regis said I went to the Robbery and participated in it. And Mega said I participated. I was saying From the Begining they were lieing But

Nobody would listen to me so if I understand O mistakes happen. And then the fort Inecience Rocky Winston Regis said it was 7 people, and then at trail Kirk Bent said 4 people and then in the P.S.R Winston Regis said it was 2 cars and then ~~Regis said~~ Kirk Bent said 1 car. I understand the past is the past But all I ask is to put yourself In my shoes and ~~said to you~~ you got 27 years For Some of the lies a guy said if it was all true I would not complain Because if you make your bed you have to lie in it, And now I am going throw Hell In here Because I like Trump. Some of the tickets I have In the B.O.P was Because I had to go to the S.H.U Because my life was threated, So I got In trouble on purpose, it is hard In here if your not in a gang you have No help So I had to do what I did to protect myself. It's so hard in here. Mr. Sullivan and Mr. Christopher J. DiMase all I ask for is a second chance at life, do you not think I deserve that? Is that to much to ask For in my case Nobody has died and I watch people who kill get a second chance. Please that's all I ask 27 years is to much For me, I promise you Mr DiMase and Mr Sullivan I have changed for the Better, all I ask is to please roll the dice with me, I promise I'll make ya'll proud. You will Not regret me. Please Just Be human and not look at me like paper work. IF it was the other way around and you changed would you think you deserve another chance. please Have mercy on me And Im sorry this Is not line paper. They did not have any For the past 3 weeks. Please Big Dog Mr. Sullivan and Mr. DiMase don't ever think I don't appreciate the 60 years to 27 years. Please Big Dog all I ask is to pick a Brother up and stop Beating me down. I send my love to ya'll.

Thank U          Randy Washington

P.S - Mr. Dimase I'll do 10 years show me some love Big Dog, let me Be that 1 exception out of the millions. I appreciate you Big Dog. And Mr. Sullivan I appreciate you and that's from my heart, love you like a fat kid loves cake. It took me from then to now understand Freedom is Beautiful and to be a working man in society For the good.

P.S-2- During the Plea Negotiations, I really didn't understand with Mr. Freeman. I swear on my life I didn't and my mother and both grandmothers I did not understand it really, But I understand it now and I would of plea guilty. Please can I have my 10 year plea Back I Beg you mercy I will show you Mr. Dimase and Mr. Sullivan I changed All I ask For's a shot is that to much to ask For? I just did 10 years Straight. 10 years I'll never get Back with my Family please have mercy on me.