UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-

RANDY WASHINGTON,

              Defendant.

No. 11-cr-605 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from Defendant Randy Washington, which is undated but was mailed directly to chambers and received on December 3, 2020. IT IS HEREBY ORDERED THAT if Washington seeks to make a formal motion, including for compassionate release under the First Step Act of 2018, 18 U.S.C. § 3582(c)(1)(A), he must submit such motion through the *Pro Se* Intake Unit in accordance with Rule 1.A of my Individual Rules and Practices, and as required by the Local Rules of the Southern District of New York. For more information on how to file a motion, Washington should refer to the district court's website. *See* https://www.nysd.uscourts.gov/sites/default/files/2018-06/motionsguide.pdf. The Clerk of the Court is respectfully directed to mail a copy of this order to Washington.

SO ORDERED.

Dated:    December 8, 2020
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation