UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RANDY WASHINGTON,

               Petitioner.

No. 11-cr-605 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the attached letter from the Defendant – dated May 17, 2021 but received in chambers on May 28, 2021 – indicating that "[t]his is a compassionate release letter" and offering reasons in support of a reduction in the Defendant's sentence.[1] The Court construes this letter as a motion for compassionate release under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. Accordingly, IT IS HEREBY ORDERED that the government shall respond to the Defendant's May 17 motion by June 11, 2021.

SO ORDERED.

Dated:     June 1, 2021
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

---

[1] The attached letter and related documents contain certain identifying information that has been redacted and filed under seal to protect the privacy interests of the Defendant and third parties, including a minor child. *See United States v. Amodeo*, 71 F.3d 1044, 1047–50 (2d Cir. 1995).

"Qutdy Washington" 5/17/21
11-cr-605 (RJS)

RECEIVED
2021 MAY 21 PM 3:50
CLERK'S OFFICE
U.S. COURT OF APPEALS

"To The Honorable Richard J. Sullivan"

First & foremost I pray this letter reaches you in the best of health & spirits. Just 3 days ago, I got this disturbing news in the mail, its like I keep getting hit with blow after blow Bib Daddy. I know you can see all the signs like me, I believe in God. This is a compassionate release letter. My counselor pulled me out to talk to this social worker Ms. Johanna Useda and she told me, that I might be the father to ████████████████ and that the mother doesn't want him and that he has mental problems, and he needs a permanent place to stay. My sister said she will try 2 help me with the baby, But I want to raise him myself and give him all the love that he needs. He has no love out there and I know he is my son because she was my girlfriend at that time, and she told me she was pregnant and threw it up in my face. This is even more stress on me, my

Sullivan, the social worker said he also has bad mental needs. I am so sad for him. Please Big Dog give me this opportunity to correct my wrongs. I Beg you, please let me raise my son, and help me find a job. I don't care what job, I will start from the bottom. I know how to do a lot of thing, clean, fix paper work, take calls, "Ect". Please Big Dog I Beg you, I send my love.

P.S. And can you let Mr. Savage know that I send my regards. And I'm good doing A1 day at a time, I understand he has to do his job, But I have changed, It's hard in here and Alot of People ~~get tickets~~ in here just to go to the shu, "the Box" just ~~~~ to get a Breather, you try to escape this Hell, I have change my life for the Better, especially in my head. I have learned alot and I have changed and when I get home I will Be fully changed. Please give me a shot thats all I ask.   Thank you



# County of Los Angeles
# DEPARTMENT OF CHILDREN AND FAMILY SERVICES

425 Shatto Place, Los Angeles, California 90020
(213) 351-5602

BOBBY D. CAGLE
Director

GINGER PRYOR
Chief Deputy Director

Board of Supervisors

HILDA L. SOLIS
First District

MARK RIDLEY-THOMAS
Second District

SHEILA KUEHL
Third District

JANICE HAHN
Fourth District

KATHRYN BARGER
Fifth District

April 23, 2021

Dear Randy J. Washington

You have been identified as the possible father of the child, who is the subject of juvenile dependency hearings.

Please contact me immediately **whether or not** you believe that you are the child's father. If I am not in, please leave your name, address, and phone number on my voice mail as there may be more than one individual with your name identified as an alleged father.

If you believe that you may be the child's father, or if you wish to contest paternity in person, you should attend the next hearing being held at 8:30 am on August 16, 2021 at:

Edmund Edelman Children's Court
201 Centre Plaza Drive
Monterey Park, CA 91754
Department 416

Please contact me at

If you do not respond to this letter, DCFS may be required to continue attempts to contact you at this address by sending documentation to your attention and the personal service of citations and/or subpoenas.

Sincerely,

Johanna Useda
Children's Social Worker
Department of Children and Family Services
4060 Watson Plaza Drive
Lakewood, CA 90712

aguilja@dcfs.lacounty.gov

*"To Enrich Lives Through Effective and Caring Service"*

| PETITIONER OR ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| EDMUND D. EDELMAN CHILDREN'S COURT<br>201 CENTRE PLAZA DRIVE<br>MONTEREY PARK, CA 91754 | (562) 497-3500<br>(562) 421-5218 | |
| ATTORNEY FOR: (Name) | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 201 CENTRE PLAZA DRIVE
MAILING ADDRESS:
CITY AND ZIP CODE: MONTEREY PARK, CA 91754
BRANCH NAME: EDMUND D. EDELMAN CHILDREN'S COURT
CASE NAME: ▓▓▓▓▓

| NOTICE OF HEARING ON SELECTION OF<br>A PERMANENT PLAN - JUVENILE<br>(Welfare and Institutions Code, § 366.26) | CASE NUMBER<br>▓▓▓▓▓ |
|---|---|

NOTICE TO (name and address):    RANDY WASHINGTON
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- IMPORTANT NOTICE -

A hearing under Welfare and Institutions Code section 366.26 has been set on the date and time below. At the hearing the court will terminate parental rights and free the children for adoption, or establish legal guardianship, or place the children in long-term foster care. You have the right to be present at this hearing.

1. A HEARING will be held

on (date): August 16, 2021   at (time): 8:30 AM   in Dept.: 416   Room: 416

located at ☐ court address above   ☐ other (specify address):

2. At the hearing, the court will consider the recommendation of the social worker and make an order concerning the following children (names): ▓▓▓▓▓

3. THE SOCIAL WORKER RECOMMENDS:

   RECOMMENDATION ARE LOCATED ON PAGE 2

4. ☒ TO THE PARENTS, GUARDIANS, AND CHILDREN:

   a. You have the right to be present at the hearing, to present evidence, and to be represented by an attorney. The court will appoint an attorney for you if you cannot afford one.
   b. Prior to the hearing, the social worker will prepare an assessment report with recommendations. Parent and guardians must be provided with a copy of this report. Social worker's report dated _____ ☐ is ☐ is not attached.
   c. If the court orders termination of parental rights, the order may be _____ final.
   d. The court will proceed with this hearing whether or not you are present.

                                                                                    X

Johanna Aguilar                                             Johanna Aguilar
(TYPE OR PRINT NAME)                                        (ELECTRONIC SIGNATURE OF PETITIONER)

NOTICE OF HEARING ON SELECTION OF
A PERMANENT PLAN - JUVENILE
(Welfare and Institutions Code, § 366.26)

At the hearing on the petition, the court may receive evidence and determine whether the allegations are true. If any of the allegations are found true, the court may proceed to disposition, declare the child(ren) to be a dependent child(ren) of the juvenile court, remove custody from the parents or guardians, and make orders regarding placement, visitation and services.

SNAP

CASE NAME: ███████████████  ███████

## Recommendations (Continued) Page 2

THE SOCIAL WORKER RECOMMENDS:

Relation: Father/Son (Alleged) Name: Randy Washington Recommendation: Terminate Parental Rights Child Name: ███████████

Relation: Father/Son (Alleged) Name: ███████████ Recommendation: Terminate Parental Rights Child Name: ███████████

Relation: Son/Mother (Birth) Name: ███████████ Recommendation: Terminate Parental Rights Child Name: ███████████

RECEIVED 2021 MAY 21 PM 3: 50 CLERK'S OFFICE U.S. COURT OF APPEALS

INMATE NAME Randy Washington
INMATE REG # ███████
UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

QUAD CITIES IL P&DF
IL 612 2 T
17 MAY 2021 PM



SDNY

To. The Honorable Richard J. Sullivan
Southern District of New York
500, Pearl Street
New York, New York 10007

100073ſ816